# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

CASE NO.: 3:06-cv-03089

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**Doris Crenshaw,**

        **Plaintiff,**

vs.

**PFIZER, INC., et al.,**

        **Defendants.**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO CASE NO. 3:06-cv-03089**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Doris Crenshaw, Individually (in the action styled as Doris Crenshaw v. Pfizer, Inc., et al.) is hereby dismissed with prejudice.

1. Plaintiff is Doris Crenshaw, Individually; Defendants are Pfizer, Inc. and Medicine Shoppe;

2. On August 24, 2005, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss his claims against Defendants;

4. This case is not a class action;

5. A receiver has not been appointed in this action;

6. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

Respectfully submitted:

Dated: 7/14/09

By: _____
Robert D. Rowland (MO State Bar No. 39079)
Lindsay Rakers (MO State Bar No. 51754)
GOLDENERG HELLER
ANTOGNOLI & ROWLAND, P.C.
Post Office Box 959
Edwardsville, IL 62025
(618) 656-5150 telephone
(618) 656-6230 facsimile

*Attorneys for Plaintiff*

Dated: July 15, 2009

GORDON & REES

By: _____/s/_____
Stuart M. Gordon, Esquire
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
(415) 986-5900 telephone
(415) 986-8054 facsimile

*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: JUL 2 3 2009

_____
HONORABLE CHARLES R. BREYER
United States District Court